SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| In the Matter of the Search of | Case No. 22-9365MB |
|---|---|
| a gray Apple iPhone 6 with IMEI 354450063353006 in a black plastic case with manufacturer marking "blackweb" on the back. | **ORDER** <br> **(Under Seal)** |

Based upon the United States of America's Motion to Extend Time to Maintain Search Warrant Materials Under Seal, and good cause appearing,

**IT IS HEREBY ORDERED** that the time to maintain under seal the Search Warrant and Return, the Application for Search Warrant, the Affidavit and any attachments thereto, the Motion to Seal, and the Order to Seal be extended for an additional 180 days, from March 20, 2023, to and including September 16, 2023.

**IT IS FURTHER ORDERED** that the instant Motion and this Order be filed under seal.

DATED this 20 day of March, 2023.

_____
HONORABLE DEBORAH M. FINE
United States Magistrate Judge

1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona

3  COLEEN SCHOCH
   Assistant U.S. Attorney
4  Georgia State Bar No. 366545
   Two Renaissance Square
5  40 N. Central Ave., Suite 1800
   Phoenix, Arizona 85004
6  Email: coleen.schoch@usdoj.gov       **SEALED**
   Telephone: 602-514-7500
7  *Attorneys for Plaintiff*

8

9                    IN THE UNITED STATES DISTRICT COURT

10                     FOR THE DISTRICT OF ARIZONA

11  In the Matter of the Search of              Case No. 22-9365MB

12  a gray Apple iPhone 6 with IMEI        **MOTION TO EXTEND TIME TO**
    354450063353006 in a black plastic case  **MAINTAIN SEARCH WARRANT**
    with manufacturer marking "blackweb"    **MATERIALS UNDER SEAL**
13  on the back.
                                               **(First Extension)**
14
                                               **(Under Seal)**
15

16         On September 21, 2022, the Court authorized a search warrant in the above-

17  captioned matter and ordered that the Search Warrant and Return, the Application for

18  Search Warrant, the Affidavit and any attachments thereto, the Motion to Seal, and the

19  Order to Seal filed in this matter ("the Sealed Materials") would remain under seal for 180

20  days, unless further extensions were granted by the Court. The current date on which the

21  order to seal is set to expire is March 20, 2023. United States is now seeking an order

22  extending the order to seal for an additional 180 days.

23         An order extending the sealing of the Sealed Materials is authorized and appropriate.

24  *See Matter of Search Warrants Executed on February 14, 1979*, 600 F.2d 1256, 1257 (9th

25  Cir. 1979) ("Courts have inherent power, as an incident of their constitutional function, to

26  control papers filed with the courts within certain constitutional and other limitations.").

27  Sealed Materials are regularly maintained under seal by the Court pending the completion

28  of a criminal investigation.

1    Here, an extension of the sealing order is appropriate because the search warrant
2 relates to an ongoing criminal investigation that is neither public nor known to all of the
3 targets of the investigation, and its disclosure may alert the targets to the ongoing
4 investigation. Accordingly, there is reason to believe that notification of the existence of
5 the warrant will seriously jeopardize the investigation or unduly delay a trial, including by
6 giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper
7 with evidence, change patterns of behavior, notify confederates, intimidate potential
8 witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

9    Based on the foregoing, the United States respectfully requests the Court extend the
10 time for maintaining the Sealed Materials under seal for an additional 180 days. The
11 government further requests this Motion, and any order resulting from it, be filed under
12 seal.

13    Respectfully submitted this 20th day of March, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Coleen Schoch*
COLEEN SCHOCH
Assistant U.S. Attorney